UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MARTINS CHUKWUKA EMMANUEL, et al.,   :
:
Plaintiffs,   :     25-CV-2833 (VSB) (OTW)
:
-against-   :     **ORDER**
:
WYNN RECORDS, et al.,   :
:
Defendants.   :
:
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that Plaintiffs have not moved for a default judgment against the remaining defendants despite the Court's Order to Show Cause, (ECF 40), and their explicit representation to the Court that they intended to do so once the Clerk's Certificate of Default was entered for the remaining defendants (ECF 45). The remaining Clerk's Certificate of Default was entered on October 8, 2025. To date, Plaintiffs have not moved for default judgment.

Accordingly, Plaintiffs are directed to file their motion for default judgment by **November 26, 2025**, or I may enter a recommendation that this case be dismissed as to the remaining defendants for failure to prosecute.

**SO ORDERED.**

Dated: November 14, 2025        */s/ Ona T. Wang*
   New York, New York           **Ona T. Wang**
                                United States Magistrate Judge