UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                           :
MARTINS CHUKWUKA EMMANUEL,            :
ABEL GREAT UMARU, KELVIN AYODEJI :
CAMPBELL, and DAVID OVHIOGHENA     :
UMARU,                                                   :                 25-CV-2833 (VSB)
                                                           :
                              Plaintiffs,             :           **DEFAULT JUDGMENT**
                                                           :
                  - against -                        :
                                                           :
WYNN RECORDS, DAVID ADEDEJI          :
ADELEKE P/K/A DAVIDO, EMMERSON   :
AMIDU BOCKARIE P/K/A EMMERSON,    :
CARLOS JENKINS, MATTHEW QUINNEY,:
MARQUES MILES II, TUNECORE, INC.,     :
and DOES 1-10,                                      :
                                                           :
                              Defendants.  :
                                                           :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        In accordance with my comments at the Order to Show Cause hearing on January 23,

2026, and having considered Plaintiffs' Motion for Default Judgment against Defendants

Emmerson Amidu Bockarie ("Bockarie"), Carlos Jenkins ("Jenkins"), and Marques Miles II

("Miles") (collectively, "Defaulting Defendants'), along with all supporting papers, and all other

papers filed in this action, it is hereby ORDERED as follows:

    1. Default Judgment as to liability is granted in favor of Plaintiffs against Defaulting

        Defendants on Count I of Plaintiffs' Complaint.  Defaulting Defendants past and present

        reproduction, adaptation, distribution, and public performance of the Infringing Work, as

        that term is defined in Plaintiffs' Complaint, violates Plaintiffs' rights under the

        Copyright Act.

2.  Each Defaulting Defendant, and his officers, directors, employees, agents, subsidiaries,

distributors, designees, publishers, labels, administrators, assigns, and licensees, and all

persons in active concert or participation with any Defaulting Defendant having notice of

this Default Judgment Order shall be permanently restrained and enjoined from:

a.  Reproducing, adapting, distributing, or publicly performing Plaintiffs'

copyrighted works without Plaintiffs' express authorization; or

b.  Causing, aiding, enabling, facilitating, encouraging, promoting, inducing, or

materially contributing to or participating in the reproduction, adaptation,

distribution, or public performance of Plaintiffs' copyrighted works without

Plaintiffs' express authorization.

SO ORDERED.

Dated:      January 23, 2026
            New York, New York

_____
Vernon S. Broderick
United States District Judge